FILED

OCT 08 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Columbus County Inmate(s)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Columbus County Attorney(s)
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 5:26-CT-3313-M
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marvin Green & Columbus County In. |
| Address | 805 Washington St. |
| | Whiteville (City) NC (State) 28472 (Zip Code) |
| County | Columbus County |
| Telephone Number | |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Columbus County Sheriff's Office |
| Job or Title *(if known)* | Sheriff, William Rogers |
| Address | 805 Washington street |
| | Whiteville (City) NC (State) 28472 (Zip Code) |
| County | Columbus County |
| Telephone Number | |
| E-Mail Address *(if known)* | www.columbuscountysheriff.com |

☑ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Columbus County Attorney |
| Job or Title *(if known)* | Public Defender Office |
| Address | 113 Courthouse Sq |
| | Whiteville (City) NC (State) 28472 (Zip Code) |
| County | Columbus County |
| Telephone Number | 910-641-4420 |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | City / State / Zip Code |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | City / State / Zip Code |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Whether Columbus County custom/usage/policy is Unconstit.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The defendants waived clients right to Probable Cause hearing without clients consent or absence a valid wavier.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Columbus County N.C

B. What date and approximate time did the events giving rise to your claim(s) occur?

15 days after Plaintiff(s) arrangement with District Court

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On August 28, 2026 Plaintiff was arrested in Columbus County at @ 12:00 A.M. On 8-28-2026 @ 11:00 am I was arranged in District Court. The district Judge appointed counsel and set the instant case off until 9-17-2026 @ 9:30 am.

On 9-17-2026 @ 9:30 am I was called for Court however, Columbus County Jailer stated my case was continuance. I called my attorney (Boyd Worley) to find out why I wasn't going to Court, but (Karen) his secretary stated he was in Court. Later in this same day I was informed that my attorney had my case resetted on the day of court.

On 9-24-2026 I Marvin Green spoke with attorney (Boyd Worley) regarding my right to probable Cause hearing and he said it was waived without my consent. Furthermore, other inmates stated they was denied the right to a probable cause hearing as well and requested to join (see attached signature).

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Petitioner(s) are restrainted of liberty without due process of law.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Declare it to be unconstitutional for the defendant(s) to waive clients right to probable cause hearing without consent or a valid wavier or any other relief this Court deems necessary.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/28/26

Signature of Plaintiff

Printed Name of Plaintiff Morvin Green

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Address ______________

*City* *State* *Zip Code*

Telephone Number ______________

E-mail Address ______________

I give Marvin Green permission to petition the Court For Redress of Grevance on my behalf.

/s/ James A. Logan DATE: ______
P: James A. Logan

/s/ Jeremy L. Blanton Date: ______
P: Jeremy L. Blanton

/s/ Uzziel Posada Marquez Date: ______
P: Uzziel Posada Marquez

/s/ Chris Posey Date: ______
P: Chris Posey

/s/ Heliodoro Noyola DATE: ______
P: Heliodoro Noyola JR

/s/ Angel Arellano DATE: ______
P: Angel Arellano

/s/ Brenton Britt Date: ______
P: Brenton Britt

/s/ Karsten M. Powell DATE: 9-24-2026
P: KARSTEN M. POWELL

/s/ Chris Faulk DATE:
P: Chris Faulk

/s/ DATE:
P:

/s/ DATE:
P:

/s/ DATE:
P:

/s/ DATE
P:

AI Overview

In North Carolina, a defendant charged with a felony has a **statutory right to a probable cause hearing** within 15 working days of their first appearance in District Court, unless a grand jury indicts them first.

NC PRO +1

## Key Rules and Procedures

- **Legal Basis**: Governed by North Carolina General Statutes § 15A-601 and § 15A-606. There is no constitutional right to this hearing, only a state statutory right.

  North Carolina Criminal Law Blog +4

- **Timeline**: The hearing must happen within **15 working days** of the initial first appearance, unless delayed for good cause or waived.

  NC PRO +1

- **Purpose**: The state must show enough evidence to establish a reasonable belief that a crime was committed and that the defendant committed it.

  Powers Law Firm PA +2

- **Waiver**: A defendant can waive the right to the hearing, but it must be done in **writing** and signed by both the defendant and their counsel.

  NC PRO +1

- **Bypassing the Hearing**: Prosecutors often bypass or avoid these hearings by taking the case directly to a **Grand Jury for an indictment** (sometimes called a Voluntary Dismissal to the Grand Jury). Because of heavy court caseloads, actual live probable cause hearings are rare in many modern North Carolina counties.

  Powers Law Firm PA +1

- **Potential Outcomes**: The judge can bind the case over to Superior Court if probable cause is found, try or schedule a related misdemeanor, or dismiss the charge. A dismissal does **not** stop the state from later seeking a grand jury indictment.

  NC PRO +1